**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **RONALD WAYNE ROBERTSON,** **AIS 241992,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | CA 10-0375-CG-C |
| | : | |
| **RICHARD ALLEN, Commissioner** of the Alabama Department of Corrections, | : | |
| | : | |
| Respondent. | : | |

**<u>ORDER</u>**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made[1], the supplemental recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 24, 2011, is **ADOPTED** as the opinion of this Court.

Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 18th day of March, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

1 The court has also reviewed and considered Petitioner's "Supplementation of Original Pleading & Expansion of Record" (Doc. 17), in addition to his objection.